No. D–138.  In re Disbarment of Mueller.  Disbarment entered.  [For earlier order herein, see 439 U. S. 906.]

No. D–159.  In re Disbarment of Ratcliff.  It is ordered that Elijah W. Ratcliff, of Livingston, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 77–983.  Washington et al. v. Washington State Commercial Passenger Fishing Vessel Assn. et al.; and Washington et al. v. Puget Sound Gillnetters Assn. et al.  Sup. Ct. Wash.;

No. 78–119.  Washington et al. v. United States et al.; and

No. 78–139.  Puget Sound Gillnetters Assn. et al v. United States District Court for the Western District of Washington (United States et al., Real Parties in Interest).  C. A. 9th Cir.  [Certiorari granted, 439 U. S. 909.]  Motions of American Friends Service Committee et al., Nez Perce Tribe of Idaho, and American Civil Liberties Union et al. for leave to file briefs as *amici curiae* granted.

No. 77–6673.  Brown v. Texas.  County Ct. at Law No. 2, El Paso County.  [Probable jurisdiction noted, 439 U. S. 909.]  Motion of California for divided argument denied.

No. 78–91.  Jones et al. v. Wolf et al.  Sup. Ct. Ga. [Certiorari granted, 439 U. S. 891.]  Motion of respondents for leave to file supplemental brief after argument granted.

No. 78–233.  Personnel Administrator of Massachusetts et al. v. Feeney.  D. C. Mass.  [Probable jurisdiction noted, 439 U. S. 891.]  Motion of Office of Personnel Management et al. for leave to file a brief as *amici curiae* granted.

No. 78–275.  Oscar Mayer & Co., et al. v. Evans.  C. A. 8th Cir.  [Certiorari granted, 439 U. S. 925.]  Motion of the Solicitor General for divided argument granted.